EDWARD HAN (SBN 196924)
edward.han@orrick.com
MOLLY MCCAFFERTY (SBN 325439)
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

*Attorneys for Stipulating Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIČARDAS BARDAUSKAS, derivatively on behalf of JASPER THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD A. MARTELL, HERBERT C. CROSS, EDWIN TUCKER, SCOTT BRUN, KURT VON EMSTER, VISHAL KAPOOR, SVETLANA LUCAS, CHRISTIAN W. NOLET, JUDITH SHIZURU, and TOM WIGGANS, <br><br> Defendants, <br><br> and <br><br> JASPER THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 5:25-cv-09561-BLF <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO TEMPORARILY LIFT THE STAY IN THE FIRST ACTION, CONSOLIDATE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY STAY TO CONSOLIDATED ACTION** <br><br> Judge: Honorable Beth Labson Freeman <br> Date Action Filed: November 5, 2025 |

JOHN WALSH, derivatively on behalf of
JASPER THERAPEUTICS, INC.,

    Plaintiff,

  v.

RONALD A. MARTELL, JUDITH
SHIZURU, KURT VON EMSTER,
CHRISTIAN NOLET, SCOTT BRUN,
VISHAL KAPOOR, THOMAS WIGGANS,
SVETLANA LUCAS, WILLIAM LIS, ANNA
FRENCH, HERBERT C. CROSS, and EDWIN
TUCKER,

    Defendants,

  and

JASPER THERAPEUTICS, INC.,

    Nominal Defendant.

Case No. 5:25-cv-10899-BLF

Judge: Honorable Beth Labson Freeman
Date Action Filed: December 22, 2025

- ii -

STIPULATION & [~~PROPOSED~~] ORDER TO LIFT STAY,
CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR
PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

Plaintiff Ričardas Bardauskas ("Plaintiff Bardauskas ") and Plaintiff John Walsh ("Plaintiff Walsh") (collectively, the "Derivative Plaintiffs"), defendants Ronald A. Martell, Herbert C. Cross, Edwin Tucker, Scott Brun, Kurt von Emster, Vishal Kapoor, Svetlana Lucas, Christian W. Nolet, Judith Shizuru, Tom Wiggans, and nominal defendant Jasper Therapeutics, Inc. ("Jasper" or the "Company," collectively, the "Stipulating Defendants," and together with Derivative Plaintiffs, the "Parties"),[1] by and through their undersigned counsel, stipulate as follows:

WHEREAS, on November 5, 2025, Plaintiff Bardauskas filed a shareholder derivative action on behalf of Jasper, in the case captioned *Bardauskas v. Martell, et al.*, Case No. 5:25-cv-09561-BLF (the "Bardauskas Action") (Bardauskas Action, ECF No. 1);

WHEREAS, on December 22, 2025, Plaintiff Walsh filed a shareholder derivative action on behalf of Jasper, in the case captioned *Walsh v. Martell, et al.*, Case No. 5:25-cv-10899-BLF, (the "Walsh Action") (Walsh Action, ECF No. 1);

WHEREAS, on November 7, 2025, service of process was executed against Jasper in the Bardauskas Action (Bardauskas Action, ECF No. 6);

WHEREAS, on December 11, 2025, Plaintiff Bardauskas and the Stipulating Defendants filed the Stipulation and [Proposed] Order to Stay the Bardauskas Action, which the Court granted on December 12, 2025 (the "Stay") (Bardauskas Action, ECF Nos. 17, 18);

WHEREAS, the Parties have conferred, and agree that the Bardauskas Action and Walsh Action (collectively, the "Related Actions") involve the same subject matter and common questions of law and fact and that the administration of justice will be served by consolidating the Related Actions pursuant to Fed. R. Civ. P. 42(a) and appointing Co-Lead Counsel as set forth herein;

WHEREAS, the Parties agree that the Stay in the Bardauskas Action should be temporarily lifted for the sole and limited purpose of facilitating the consolidation of the Related Actions and appointment of leadership for Derivative Plaintiffs and then staying the consolidated action;

---

[1] The "Stipulating Defendants" include all defendants named in the above-captioned actions other than William Lis ("Lis") and Anna French ("French"), whom Derivative Plaintiffs are voluntarily dismissing claims against without prejudice, as set forth herein. The Stipulating Defendants together with Lis and French are referred to herein as "Defendants."

STIPULATION & [~~PROPOSED~~] ORDER TO LIFT STAY, CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAY CONSOLIDATED ACTION CASE NO.: 5:25-CV-09561-BLF

- 1 -

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Actions, Derivative Plaintiffs agree that The Brown Law Firm, P.C. and Rowley Law, PLLC, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel;

WHEREAS, counsel for the Stipulating Defendants in the Related Actions have agreed to accept service of process of the initial complaints in the Related Actions to the extent they have not already been served, reserving all rights, and the Parties agree that the consolidated action shall be stayed under the same terms and for the same duration as the Stay in the Bardauskas Action (*see* Bardauskas Action, ECF Nos. 17, 18); and

WHEREAS, it appearing that the actions involve the same subject matter, and that the administration of justice would be best served by consolidating the actions;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby agree and stipulate, and respectfully request that the Court order as follows:

1.     The Stay in the Bardauskas Action is temporarily lifted for the sole and limited purpose of permitting the Parties to file, and the Court to rule on, this stipulation.

2.     Counsel for the Stipulating Defendants hereby accepts service of the Related Actions on behalf of all Stipulating Defendants to the extent they have not already been served.

3.     The Related Actions are hereby consolidated for all purposes and are referred to herein as the "Consolidated Action." Hereafter, papers need to be filed only in Case No. 5:25-cv-09561-BLF.

4.     Defendants William Lis and Anna French are hereby dismissed from this Consolidated Action.

5.     All papers and documents previously served and filed in any of the Related Actions are deemed a part of the record in the Consolidated Action.

6.     The Consolidated Action shall bear the caption below:

| IN RE JASPER THERAPEUTICS, INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED Case No. 5:25-cv-09561-BLF |
|---|---|

- 2 -

STIPULATION & [PROPOSED] ORDER TO LIFT STAY, CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

7.     This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Consolidated Action that is subsequently filed in, removed to, or transferred to this Court. When a case which properly belongs as part of *In re Jasper Therapeutics, Inc. Stockholder Derivative Litigation*, Case No. 5:25-cv-09561-BLF, is hereafter filed in, remanded, or transferred to this Court, counsel for the Parties shall call such filing, remand, or transfer to the attention of the Clerk of the Court for purposes of moving this Court for an order consolidating such case(s) with *In re Jasper Therapeutics, Inc. Stockholder Derivative Litigation*, Case No. 5:25-cv-09561-BLF. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court.

8.     The Brown Law Firm, P.C. and Rowley Law PLLC are designated Co-Lead Counsel for Derivative Plaintiffs in the Consolidated Action. Derivative Plaintiffs contend that The Brown Law Firm, P.C. and Rowley Law PLLC are well-qualified to coordinate prosecution of the claims they assert derivatively on behalf of the Company.[2]

9.     Co-Lead Counsel shall have sole authority to speak for Derivative Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations.

10.     Co-Lead Counsel shall represent Derivative Plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of Derivative Plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by Derivative Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Derivative Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Stipulating Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Derivative Plaintiffs' pretrial activities or authorized by further order of the Court. Stipulating Defendants' counsel may rely on all agreements made with any Co-Lead Counsel, or other duly authorized

---

[2] The firm resumes of The Brown Law Firm, P.C. and Rowley Law PLLC are attached hereto as Exhibits A and B, respectively.

STIPULATION & [PROPOSED] ORDER TO LIFT STAY, CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

representative of Co-Lead Counsel, and such agreements shall be binding on all Derivative Plaintiffs.

11.    All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, shall be stayed according to the terms, and during the pendency, of the Stay as ordered by the Court in the Bardauskas Action on December 12, 2025 (*see* Bardauskas Action ECF Nos. 17, 18). All proceedings in the Walsh Action, including all deadlines hearings and conferences, are hereby vacated.

12.    This Stipulation and Order shall not prejudice the right of any party to raise any and all arguments, objections, motions, or defenses concerning the claims raised in the Related Actions or the Consolidated Action.

**IT IS SO STIPULATED.**

Dated: January 20, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Edward Han*
        EDWARD HAN
        edward.han@orrick.com
        MOLLY MCCAFFERTY
        mmccafferty@orrick.com
        1000 Marsh Road
        Menlo Park, CA 94025-1015
        Telephone:      (650) 614-7400
        Facsimile:       (650) 614-7401

        -  and  -

        KEVIN M. ASKEW
        kaskew@orrick.com
        355 South Grand Avenue, Suite 2700
        Los Angeles, California 90071
        Telephone:      (213) 629-2020
        Facsimile:       (213) 612-2499

        *Attorneys for Stipulating Defendants Ronald A. Martell, Herbert C. Cross, Edwin Tucker, Scott Brun, Kurt Von Emster, Vishal Kapoor, Svetlana Lucas, Christian W. Nolet, Judith Shizuru, Tom Wiggans, Nominal Defendant Jasper Therapeutics, Inc., and Defendants William Lis and Anna French*

STIPULATION & [PROPOSED] ORDER TO LIFT STAY, CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

Dated:  January 20, 2026                                  THE BROWN LAW FIRM, P.C.


                                                         By:  */s/ Robert Moest*
                                                              Robert C. Moest (SBN 62166)
                                                              2530 Wilshire Boulevard, Second Floor
                                                              Santa Monica, CA 90403
                                                              Telephone:        (310) 915-6628
                                                              Facsimile:        (310) 915-9897
                                                              Email: RMoest@aol.com

                                                               -  and  -

                                                              Timothy Brown
                                                              767 Third Avenue, Suite 2501
                                                              New York, NY 10017
                                                              Telephone:        (516) 922-5427
                                                              Facsimile:        (516) 344-6204
                                                              Email: tbrown@thebrownlawfirm.net

                                                         *Attorneys for Plaintiff Ričardas Bardauskas and*
                                                         *[Proposed] Co-Lead Counsel for Derivative*
                                                         *Plaintiffs*


Dated:  January 20, 2026                                  LAW OFFICE OF FRANCIS J. FLYNN, JR.


                                                         By:  */s/ Casey Flynn*
                                                              Francis J. "Casey" Flynn, Jr., #304712
                                                              6057 Metropolitan Plz
                                                              Los Angeles, CA 90036
                                                              Telephone: (314) 662-2836
                                                              Email: casey@lawofficeflynn.com

                                                               -  and  -

                                                              ROWLEY LAW PLLC
                                                              Shane T. Rowley, Esq. (*Pro Hac Vice*
                                                              *Forthcoming*)
                                                              Danielle Rowland Lindahl, Esq. (*Pro Hac Vice*
                                                              *Forthcoming*)
                                                              50 Main Street, Suite 1000
                                                              White Plains, New York 10606
                                                              Telephone: (914) 400-1920
                                                              Fax: (914) 301-3514
                                                              Email:    srowley@rowleylawpllc.com
                                                                        drl@rowleylawpllc.com

                                                         *Attorneys for Plaintiff John Walsk and [Proposed]*
                                                         *Co-Lead Counsel for Derivative Plaintiffs*

STIPULATION & [~~PROPOSED~~] ORDER TO LIFT STAY,
CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR
PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

***

## ATTESTATION OF CONCURRENCE

I, Edward Han, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  January 20, 2026

_/s/ Edward Han_
EDWARD HAN

STIPULATION & [PROPOSED] ORDER TO LIFT STAY,
CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR
PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

*** 

# [~~PROPOSED~~] ORDER

Based on the stipulation of the signed Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS SO ORDERED.


Dated: ___January 21, 2026___      _____

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION & [~~PROPOSED~~] ORDER TO LIFT STAY,
CONSOLIDATE, APPOINT CO-LEAD COUNSEL FOR
PLAINTIFFS, AND STAY CONSOLIDATED ACTION
CASE NO.: 5:25-CV-09561-BLF

# EXHIBIT A

# THE BROWN LAW FIRM, P.C. BIOGRAPHY

The Brown Law Firm, P.C. is a complex business litigation firm located in New York, New York. The firm specializes in shareholder derivative litigation in courts throughout the country.

### TIMOTHY BROWN – MANAGING PARTNER

In January 2014, Timothy Brown founded the Brown Law Firm, which specializes in shareholder derivative litigation. The Brown Law Firm has achieved favorable settlements in numerous shareholder derivative actions in federal and state courts across the country, providing substantial benefits to publicly traded companies and their investors.

Since shortly after Mr. Brown graduated from law school, through 2013, he was a litigator at a major national law firm. Mr. Brown's prior firm specializes in representing plaintiffs in securities class actions and derivative actions in courts throughout the country. There, Mr. Brown had a leadership role in achieving numerous multi-million dollar settlements of shareholder suits.

In 2004, Mr. Brown graduated from the University of Chicago Law School at which he was a recipient of a merit scholarship awarded to the top two percent of all applicants. He received his B.A. in Business Economics, *magna cum laude*, from Brown University in 2001.

Mr. Brown is admitted to the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, the United States District Court for the Northern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the District of Maryland, the United States District Court for the Northern District of Ohio, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin, the

1

United States District Court for the Eastern District of Michigan, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Sixth Circuit.

### SAADIA J. HASHMI – PARTNER

Saadia Hashmi received her J.D. from The University of Texas at Austin School of Law in May 2018.  She was a staff editor on the TEXAS JOURNAL ON CIVIL LIBERTIES & CIVIL RIGHTS.  Ms. Hashmi received an M.A. in Dispute Resolution in 2014 from Southern Methodist University.  She received her B.A. in American Studies, *magna cum laude*, from the University of Texas at Dallas in 2012.

Ms. Hashmi is admitted to the bars of the State of New York and the State of Texas, and she is admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.

### SARAH MANEVAL – COUNSEL

Sarah Maneval received her B.A. in Politics and Rhetoric from Bates College in 2014 and her J.D. from University of California, Berkeley, School of Law in May 2019.

Prior to joining The Brown Law Firm, she advised institutional and individual clients in commercial, securities, and class action litigation as well as in government investigations at major international law firms. Ms. Maneval also previously served as a law clerk to the Honorable James R. Cho, United States Magistrate Judge in the Eastern District of New York. During law school, she worked at the Securities and Exchange Commission in Washington D.C. and the Federal Public Defender's Office in Oakland, California.

Ms. Maneval is admitted to practice in the State of New York.

2

**ELIZABETH DONOHOE – ASSOCIATE**

Elizabeth Donohoe received her J.D. from the University of Florida Levin College of Law in May 2022. At UF Law, she was a Teaching Assistant and worked at the Wrongful Convictions and Factual Innocence: Conviction Integrity Review Clinic. In May 2019, Ms. Donohoe received her B.A. in Criminology & Law, *magna cum laude*, from the University of Florida.

Ms. Donohoe is admitted to the bars of the State of New Jersey, the State of New York, the Commonwealth of Pennsylvania, and the Commonwealth of Massachusetts, and she is admitted to practice in the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Massachusetts.

**ZACHARY BENSON – ASSOCIATE**

Zachary Benson received his J.D. from Seton Hall University in June 2024. At Seton Hall Law, he worked in the civil litigation clinic with Seton Hall's Center for Social Justice. In May 2018, Mr. Benson received his B.S. in Economics from Tulane University.

Mr. Benson is admitted to the bars of the State of New Jersey and the State of New York, and he is admitted to practice in the United States District Court for the District of New Jersey and the United States District Court for the Southern District of New York.

**DEVIN DROLL – LAW CLERK**

Devin Droll received his J.D. from Seton Hall University in June 2025. During his time at Seton Hall Law, he was a judicial intern for the Civil Division of the New Jersey Superior Court and worked in the transactional clinic with Seton Hall's Center for Social Justice. In May 2016, Mr. Droll received his B.S. in Finance from the State University of New York at Buffalo,

graduating *magna cum laude*.

Mr. Droll's admission to the New York bar is pending.

## ROBERT C. MOEST – OF COUNSEL

Robert Moest's office is in Santa Monica, California. Until 1999, and for more than two decades, Mr. Moest was a partner at Fleishman, Fisher & Moest, a litigation firm in Los Angeles. Mr. Moest's partner Stanley Fleishman was revered for being a pioneer in the field of constitutional rights and for winning countless 1st Amendment and civil rights lawsuits, including about a dozen victories before the U.S. Supreme Court.

Mr. Moest maintains a civil trial, writ and appellate litigation practice, emphasizing 1st Amendment, constitutional and other civil rights, shareholder actions, commercial and real estate litigation, health care, administrative law and licensing, and land use. His practice is divided between federal and state practice. Mr. Moest has been counsel in more than 100 appeals, leading to more than forty reported decisions. Mr. Moest has jury and court trial experience in courts throughout the United States.

Mr. Moest was a founding member of the California Academy of Attorneys for Health Care Professionals, Co-counsel on Los Angeles County Jail Over-detention Team (successful class action suits seeking injunctive relief and damages against systematic over-detention of inmates in Los Angeles County Jail); and was a member of the Board of Directors, Higher Education Research Institute (since incorporated into UCLA School of Higher Education).

Mr. Moest graduated from the UCLA School of Law in 1974, in the top ten percent of his class. He earned his undergraduate degree from Amherst College.

Mr. Moest is a member of the California bar, and the bars for the Central, Southern, Northern and Eastern federal districts in California, the United States Court of Appeals for the Second, Third, Ninth, and Tenth Federal Circuits, and the United States Supreme Court.

4

# EXHIBIT B

# ROWLEY LAW PLLC

50 Main Street, Suite 1000
White Plains, NY 10606
(914) 400-1920

Rowley Law PLLC, based in New York, focuses on protecting the rights of shareholders nationwide. The Firm is dedicated to helping shareholders hold corporate officers and directors accountable for the damages inflicted on the company and its shareholders by corporate misconduct. The Firm's attorneys have significant experience challenging corporate wrongdoing and their work has led to the recovery of hundreds of millions of dollars on behalf of shareholders.

**Shane Rowley, Partner**

Mr. Rowley has devoted his career to protecting shareholder rights, having represented clients in class actions since 1991, and has recovered hundreds of millions of dollars for shareholders of publicly traded companies.

As co-lead counsel in *Cornerstone Therapeutics Inc. Stockholder Litigation*, Case 8922, (Del. Ch. Jan. 26, 2017), Mr. Rowley was responsible for the establishment of a $17.9 million fund for Cornerstone shareholders. In approving the settlement, Vice Chancellor Glasscock stated that class attorneys achieved "almost nothing short of the best result."

In *Brickell Partners v. Emerging Communications, Inc.*, Civil No. 16415 (Del. Ch. 1998), Mr. Rowley, as sole class counsel in conjunction with counsel for a co-litigant hedge fund, was instrumental in establishing new law and new standards for determining the fiduciary duties of corporate directors, especially directors that have specialized backgrounds (such as, accountants, lawyers, financial experts, etc.). Mr. Rowley vigorously litigated the Brickell Partners action for over four years, winning a verdict in favor of plaintiff after a six week trial. The landmark decision is now reported as *In re Emerging Communs., Inc. Shareholders Litig.*, No. 16415, 2006 Del. Ch. LEXIS 25 (Del. Ch., Jan. 9, 2006).

As co-lead counsel, in *Rice v. Lafarge North America, Inc.*, No. 268974-V (Montgomery Cty., Md. Circuit Ct.), Mr. Rowley represented the public shareholders of Lafarge North America ("LNA") in challenging the buyout of LNA by its French parent, Lafarge S.A., at the original offer price of $75 per share. Following discovery and extensive injunction motion practice by Mr. Rowley and his co-counsel, the price per share was increased from $75 to $85.50 per share, representing a total benefit to the public shareholders of $388 million.

In *In re Fox Entertainment Group, Inc. S'holders Litig.*, Consolidated C.A. No. 1033-N (Del. Ch. 2005), Mr. Rowley, as co-lead counsel, was responsible for creating an increased offer price from the original proposal to shareholders, which represented an increased benefit to Fox Entertainment Group, Inc. shareholders of $450 million.

In *Stephen J. Dannis, et al. v. J.D. Nichols, et al., Case No. 13-CI-00452*, (Jefferson County Circuit Court of the Commonwealth of Kentucky, 2013), as one of the co-lead counsel, Mr.

Rowley obtained a 23% increase in the merger consideration (from $7.50 to $9.25 per unit) for a total benefit of $7.4 million for the unit holders of NTS Realty Holdings Limited Partnership.

Mr. Rowley graduated from Trinity College in Dublin, Ireland with an LL.B. in 1987, and received his B.L. in 1989 from the Honorable Society of Kings Inn in Dublin, Ireland. Mr. Rowley is a citizen of the United States of America and Ireland and is admitted to practice in both countries. Mr. Rowley is admitted to practice in the State of New York, the United States District Courts for Eastern and Southern Districts of New York, and the United States District Court for the District of Colorado.

**Danielle Rowland Lindahl, Associate**

Ms. Rowland Lindahl focuses her practice on corporate accountability and shareholder rights. She joined Rowley Law from TRACE International, an internationally-recognized anti-bribery organization. At TRACE, Ms. Rowland Lindahl's work focused on corporate transparency and compliance, with an emphasis on corruption and human rights. Previously, Ms. Rowland Lindahl was an associate attorney at Levi & Korsinsky LLP, where she focused on shareholder rights and corporate governance.

Ms. Rowland Lindahl was co-counsel for plaintiffs in *In re: Google Class C Shareholder Litigation*, who contested the propriety of the creation of a non-voting class of stock. The case settled before trial, and resulted in a payment of $522 million to the non-voting shareholders.

Ms. Rowland Lindahl received her A.B. from Princeton University in 2005 and received her J.D. from Benjamin N. Cardozo School of Law in 2010. She is admitted to practice in the State of New York, the District of Columbia, and the State of Maryland.